## Ezra WILLIAMS v. STATE.
### No. 17364.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

T. H. Yarbrough, of Bowie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Hubert AGEE v. W. S. AGEE.
### No. 3137.

Court of Civil Appeals of Texas. El Paso.
Jan. 3, 1935.

Ben F. Gafford, of Sherman, for appellant.
Webb & Webb, of Sherman, for appellee.

HIGGINS, Justice.

Appellee's motion to dismiss this appeal because appellant has failed to file briefs is granted.

Appeal dismissed.

## E. C. BRAND, Banking Commissioner, Appellant, v. HARTFORD ACCIDENT & INDEMNITY CO., Appellee.
### No. 9500.

Court of Civil Appeals of Texas. San Antonio.
Jan. 9, 1935.

Rehearing Denied Jan. 30, 1935.

Ocie Speer, of Austin, for appellant.

Seabury, Taylor & Wagner, of Brownsville, for appellee.

PER CURIAM.

The judgment is affirmed. Associated Indemnity Corporation et al. v. Gatling (Tex. Civ. App.) 75 S.W.(2d) 294.